1  V James DeSimone, SBN 119668
   vjdesimone@gmail.com
2  Michael D. Seplow, SBN 150183
   mseplow@gmail.com
3  SCHONBRUN DE SIMONE SEPLOW
   HARRIS HOFFMAN & HARRISON LLP
4  723 Ocean Front Walk
   Venice, CA 90291
5  Telephone: 310- 396-0731
   Fax: 310- 396-0731
6
   *(Additional Counsel of Record listed*
7  *on next page)*

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  PATRICK SANTIAGO, ROBERT          )   Case No: 3:10-cv-04317-SI
    SCHUSSEL,                          )
14                                     )
                                       )   **STIPULATION TO PERMIT**
15            Plaintiffs,              )   **PLAINTIFFS TO FILE SECOND**
          vs.                          )   **AMENDED COMPLAINT**
16                                     )
    AMDOCS, INC. and DOES 1 through 50,)   Judge: Hon. Susan Illston
17  inclusive                          )
                                       )
18            Defendants.              )
                                       )
19                                     )
                                       )
20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Susan Illston

1  LAW OFFICES OF THOMAS W. FALVEY
   Thomas W. Falvey, SBN 65744
2  thomaswfalvey@gmail.com
   J.D. Henderson, SBN 235767
3  jdlaw@charter.net
   301 North Lake Avenue, Suite 800
4  Pasadena, California 91101
   Telephone: (626) 795-0205
5  Facsimile: (626) 795-3026

6  Attorneys for Plaintiffs

7
   Michael S. Kun, SBN 208684
8  mkun@ebglaw.com
   Betsy Johnson, SBN 119847
9  bjohnson@ebglaw.com
   EPSTEIN BECKER & GREEN, P.C.
10 1925 Century Park East, Suite 500
   Los Angeles, California 90067-2506
11 Telephone: (310) 556-8861
   Facsimile: (310) 553-2165
12
   Amie E. Needham (Admitted Pro Hac Vice)
13 aneedham@thompsoncoburn.com
   Thompson Coburn LLP
14 One US Bank Plaza
   St. Louis, Missouri 63101
15 Telephone: (314) 552-6417
   Facsimile: (314) 552-7417\
16
   Attorneys for Defendant
17 AMDOCS, INC.

18

19

20

21

22

23

24

25

26

27

28

                                2
STIPULATION TO PERMIT PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT- CV-04317-SI

1        IT IS HEREBY STIPULATED BETWEEN ALL PARTIES, pursuant to Federal Rule of

2    Civil Procedure 15(a)(2), that Plaintiffs Patrick Santiago and Robert Schussel are permitted to

3    file a Second Amended Complaint, attached hereto as Exhibit A, and that Defendant will have

4    twenty one (21) days from the filing of this Stipulation to answer, or otherwise respond to the

5    Second Amended Complaint.

6

7    DATED: November 29, 2010        SCHONBRUN DESIMONE SEPLOW
    HARRIS HOFFMAN & HARRISON LLP

8

9

10       V. James DeSimone
    Michael D. Seplow

11

    Attorneys for Plaintiffs

12

13

14   DATED: November 29, 2010        EPSTEIN BECKER & GREEN, P.C.

15

16

    Michael S. Kun

17       Attorneys for Defendant AMDOCS, Inc.

18

19

20

21

22

23

24

25

26

27

28

3