(*Additional Counsel of Record listed on next page*)

V James DeSimone, SBN 119668
vjdesimone@gmail.com
Michael D. Seplow, SBN 150183
mseplow@gmail.com
Courtney Abrams, SBN 265742
cabrams@sdshh.com
SCHONBRUN DE SIMONE SEPLOW
HARRIS HOFFMAN & HARRISON LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: 310- 396-0731
Fax: 310- 396-0731

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SANTIAGO, ROBERT SCHUSSEL,<br><br>Plaintiffs,<br>vs.<br><br>AMDOCS, INC. and DOES 1 through 50, inclusive<br><br>Defendants. | Case No: 3:10-cv-04317-SI<br><br>[CLASS ACTION]<br><br>**STIPULATION TO CONTINUE JANUARY 28, 2011 INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT UNTIL FEBRUARY 4, 2011**<br><br>Judge: Hon. Susan Illston |

LAW OFFICES OF THOMAS W. FALVEY
Thomas W. Falvey, SBN 65744
thomaswfalvey@gmail.com
J.D. Henderson, SBN 235767
jdlaw@charter.net
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone: (626) 795-0205
Facsimile: (626) 795-3026

Attorneys for Plaintiffs


Michael S. Kun, SBN 208684
mkun@ebglaw.com
Betsy Johnson, SBN 119847
bjohnson@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: (310) 556-8861
Facsimile: (310) 553-2165

Amie E. Needham (Admitted Pro Hac Vice)
aneedham@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6417
Facsimile: (314) 552-7417\

Attorneys for Defendant
AMDOCS, INC.

1     WHEREAS, on September 24, 2010, the Court set the hearing for the Initial Case
2 Management Conference for January 28, 2011 at 2:30 p.m.;

3

4     WHEREAS, on December 20, 2010, Defendant filed a Motion to Dismiss Plaintiffs'
5 Second Amended Complaint ("Motion to Dismiss"), and noticed the hearing for January 28,
6 2011 at 9:00 a.m.;

7

8     WHEREAS, due to the holidays and deadlines in other matters, Plaintiffs' counsel
9 requests additional time to prepare their Opposition to the Motion to Dismiss and therefore
10 request that the hearing be continued until February 4, 2011;

11

12     WHEREAS, Defendant does not oppose Plaintiffs' request for additional time; however,
13 because one of Defendant's counsel is located outside of California and plans to attend both the
14 Initial Case Management Conference and the hearing on the Motion to Dismiss, it is requested
15 that the Initial Case Management Conference and the hearing for the Motion to Dismiss be set
16 for the same day and same time to avoid unnecessary travel, and to promote the interests of
17 judicial economy and the convenience of the parties.

18
19 \\\
20 \\\
21 \\\
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28

1  THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their
2  counsel of record, that the Initial Case Management Conference and the hearing for the Motion to
3  Dismiss, previously set for January 28, 2011, be continued until February 18, 2011 at 9:00 a.m.

DATED: December 23, 2010        SCHONBRUN DESIMONE SEPLOW
                                HARRIS HOFFMAN & HARRISON LLP

                                LAW OFFICES OF THOMAS FALVEY


                                ____/s/ Michael D. Seplow____
                                V. James DeSimone
                                Michael D. Seplow
                                Attorneys for Plaintiffs


DATED: December 23, 2010        EPSTEIN BECKER & GREEN, P.C.


                                ____/s/ Michael S. Kun____
                                Michael S. Kun
                                Attorney for Defendant

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4
STIPULATION TO CONTINUE CMC AND MOTION TO DISMISS HEARING -
CV-04317-SI