1  (*Additional Counsel of Record listed on next page*)

2

3  V James DeSimone, SBN 119668
   vjdesimone@gmail.com
   Michael D. Seplow, SBN 150183
4  mseplow@gmail.com
   SCHONBRUN DE SIMONE SEPLOW
5  HARRIS HOFFMAN & HARRISON LLP
   723 Ocean Front Walk
6  Venice, CA 90291
   Telephone: 310- 396-0731
7  Fax: 310- 396-0731

8

9

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| PATRICK SANTIAGO, ROBERT SCHUSSEL, | Case No: 3:10-cv-04317-SI |
| | [CLASS ACTION] |
| Plaintiffs, | [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT AND TO TAKE MOTION TO DISMISS OFF CALENDAR |
| vs. | |
| AMDOCS, INC. and DOES 1 through 50, inclusive | |
| Defendants. | Judge: Hon. Susan Illston |

LAW OFFICES OF THOMAS W. FALVEY
Thomas W. Falvey, SBN 65744
thomaswfalvey@gmail.com
J.D. Henderson, SBN 235767
jdlaw@charter.net
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone: (626) 795-0205
Facsimile: (626) 795-3026

Attorneys for Plaintiffs

Michael S. Kun, SBN 208684
mkun@ebglaw.com
Betsy Johnson, SBN 119847
bjohnson@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: (310) 556-8861
Facsimile: (310) 553-2165

Amie E. Needham (Admitted Pro Hac Vice)
aneedham@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6417
Facsimile: (314) 552-7417

Attorneys for Defendant
AMDOCS, INC.

Proposed Order - 10-cv-04317-SI

# ORDER

The Court, having received the parties' Stipulation to Allow Plaintiffs to File the Third Amended Complaint and Take Defendant's Motion to Dismiss Off Calendar, and finding good cause therefore, approves the stipulation and HEREBY ORDERS THAT:

Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint is taken off calendar, Plaintiffs are granted leave to file a Third Amended Complaint and Defendant is given twenty-five (25) days to file a responsive pleading to the Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____, 2011

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE