1  (*Additional Counsel of Record listed on next page*)

2  
V James DeSimone, SBN 119668  
3  vjdesimone@gmail.com  
Michael D. Seplow, SBN 150183  
4  mseplow@gmail.com  
Courtney Abrams, SBN 265742  
5  cabrams@sdshh.com  
SCHONBRUN DE SIMONE SEPLOW  
6  HARRIS HOFFMAN & HARRISON LLP  
723 Ocean Front Walk  
7  Venice, CA 90291  
Telephone: 310- 396-0731  
8  Fax: 310- 396-0731

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SANTIAGO, ROBERT SCHUSSEL, <br><br> Plaintiffs, <br> vs. <br><br> AMDOCS, INC. and DOES 1 through 50, inclusive <br><br> Defendants. | Case No: 3:10-cv-04317-SI <br><br> [CLASS ACTION] <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RELATED TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION** <br><br> Judge: Hon. Susan Illston |

| | |
|---|---|
| 1 | LAW OFFICES OF THOMAS W. FALVEY |
| 2 | Thomas W. Falvey, SBN 65744<br>thomaswfalvey@gmail.com |
| 3 | J.D. Henderson, SBN 235767<br>jdlaw@charter.net |
| 4 | 301 North Lake Avenue, Suite 800<br>Pasadena, California 91101 |
| 5 | Telephone: (626) 795-0205<br>Facsimile: (626) 795-3026 |
| 6 | Attorneys for Plaintiffs |
| 7 | |
| 8 | Michael S. Kun, SBN 208684<br>mkun@ebglaw.com |
| 9 | Betsy Johnson, SBN 119847<br>bjohnson@ebglaw.com |
| 10 | EPSTEIN BECKER & GREEN, P.C.<br>1925 Century Park East, Suite 500 |
| 11 | Los Angeles, California 90067-2506<br>Telephone: (310) 556-8861 |
| 12 | Facsimile: (310) 553-2165 |
| 13 | Amie E. Needham (Admitted Pro Hac Vice)<br>aneedham@thompsoncoburn.com |
| 14 | Thompson Coburn LLP<br>One US Bank Plaza |
| 15 | St. Louis, Missouri 63101<br>Telephone: (314) 552-6417 |
| 16 | Facsimile: (314) 552-7417 |
| 17 | Attorneys for Defendant<br>AMDOCS, INC. |

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RELATED TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION- CV-04317-SI

1  WHEREAS Plaintiffs filed a motion for conditional collective certification on June 6,
2  2011, to be heard on July 15, 2011; and
3  WHEREAS Defendant filed an administrative motion on June 8, 2011, asking the Court
4  to continue the hearing on Plaintiffs' motion for conditional collective certification so that
5  Defendant may conduct several depositions prior to filing its opposition; and
6  WHEREAS, Plaintiffs opposed Defendants' motion for administrative relief and contend
7  that the taking of depositions by Defendant prior to filing the opposition to the motion for
8  conditional certification is not warranted; and
9  WHEREAS, on June 20, 2011, the Court granted Defendant's administrative motion, and
10 ordered that Defendant shall be permitted to take the depositions of the two named Plaintiffs and
11 up to five of the individuals who submitted declarations in support of Plaintiffs' motion for
12 conditional certification by July 15, 2011; and
13 WHEREAS, the Court further ordered that Defendant's opposition to Plaintiffs' motion
14 for conditional certification shall be filed no later than July 29, 2011, Plaintiffs' reply shall be
15 filed by August 3, 2011; and
16 WHEREAS, the Court further continued the hearing on Plaintiffs' motion for conditional
17 certification until August 12, 2011; and
18 WHEREAS, counsel for Plaintiffs and Defendant met and conferred on June 22, 2011,
19 and June 30, 2011, and agreed to continue the date by which depositions are to be completed
20 until August 2, 2011, in order to accomplish such depositions; and
21 WHEREAS, such additional time is necessary due to scheduling conflicts and due to the
22 fact that counsel for the parties reside in other cities and states; and
23 WHEREAS, in order to give Defendant adequate time to prepare its opposition to
24 Plaintiffs' motion for conditional certification, the parties have agreed to continue the date by
25 which Defendant's opposition is to be filed until August 16, 2011; and
26 WHEREAS, the Court's order on Defendant's administrative motion only allowed
27 Plaintiffs three business days in which to complete their reply; and
28 WHEREAS, the parties have further agreed to continue the date by which Plaintiffs' reply

1 | is to be filed until August 30, 2011;

2 |     WHEREAS, counsel for Plaintiffs is not available on September 9, 2011 to attend a
3 | Hearing on this Motion;

4 |     THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their
5 | counsel of record, that:

6    1. Defendants shall have until August 9, 2011 to complete the depositions of
Plaintiffs and five individuals who submitted declarations in support of Plaintiffs'
Motion for Conditional Certification; and

9    2. Defendant shall have until August 23, 2011 to file its opposition to Plaintiffs'
Motion for Conditional Certification; and

11    3. Plaintiffs shall have until September 7, 2011 to file their reply in support of
Plaintiffs' Motion for Conditional Certification; and

13    3. The hearing for the Motion for Conditional Certification previously continued
until August 12, 2011, shall be continued until September 16, 23 2011 at 9:00 a.m.

DATED: July ___, 2011    SCHONBRUN DESIMONE SEPLOW
    HARRIS HOFFMAN & HARRISON LLP
    LAW OFFICES OF THOMAS FALVEY

    V. James DeSimone
    Attorney for Plaintiffs

DATED: July 8, 2011    THOMPSON COBURN, LLP

    Annie Needham / LAURA M. JORDAN
    Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____7/8/11_____   _____

THE HONORABLE SUSAN ILSTON
UNITED STATES DISTRICT COURT JUDGE