(*Additional Counsel of Record listed on next page*)

V James DeSimone, SBN 119668
vjdesimone@gmail.com
Michael D. Seplow, SBN 150183
mseplow@gmail.com
Courtney Abrams, SBN 265742
cabrams@sdshh.com
SCHONBRUN DE SIMONE SEPLOW
HARRIS HOFFMAN & HARRISON LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: 310- 396-0731
Fax: 310- 396-0731

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SANTIAGO, ROBERT SCHUSSEL, <br><br> Plaintiffs, <br> vs. <br> AMDOCS, INC. and DOES 1 through 50, inclusive <br><br> Defendants. | Case No: 3:10-cv-04317-SI <br><br> [CLASS ACTION] <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RE: PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> Judge: Hon. Susan Illston |

0

1  LAW OFFICES OF THOMAS W. FALVEY
   Thomas W. Falvey, SBN 65744
2  thomaswfalvey@gmail.com
   J.D. Henderson, SBN 235767
3  jdlaw@charter.net
   301 North Lake Avenue, Suite 800
4  Pasadena, California 91101
   Telephone: (626) 795-0205
5  Facsimile: (626) 795-3026

6  Attorneys for Plaintiffs

7

   Michael S. Kun, SBN 208684
8  mkun@ebglaw.com
   Betsy Johnson, SBN 119847
9  bjohnson@ebglaw.com
   EPSTEIN BECKER & GREEN, P.C.
10 1925 Century Park East, Suite 500
   Los Angeles, California 90067-2506
11 Telephone: (310) 556-8861
   Facsimile: (310) 553-2165
12
   Amie E. Needham (Admitted Pro Hac Vice)
13 aneedham@thompsoncoburn.com
   Thompson Coburn LLP
14 One US Bank Plaza
   St. Louis, Missouri 63101
15 Telephone: (314) 552-6417
   Facsimile: (314) 552-7417
16
   Attorneys for Defendant
17 AMDOCS, INC.

18

19

20

21

22

23

24

25

26

27

28
   _____0_____
   JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RE: PLAINTIFFS' MOTION FOR
   CONDITIONAL CERTIFICATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT- CV-10-
   04317-SI

1     WHEREAS Plaintiffs filed a motion for conditional collective certification on June 6, 2011, to be heard on July 15, 2011; and

3     WHEREAS the Defendant filed a motion for administrative relief on June 8, 2011, requesting that the Court permit Defendant to conduct depositions and also requesting the Court to continue the deadlines in connection with Plaintiff's motion for conditional collective certification; and

7     WHEREAS the Court granted Defendant's motion for administrative relief on June 20, 2011; and

9     WHEREAS on July 8, 2011, Plaintiffs and Defendant entered into a stipulation, approved by this Court, allowing Defendant until August 23, 2011 to file its Opposition to Plaintiffs' Motion for Conditional Collective Certification, and allowing Plaintiffs until September 7, 2011 to file their Reply; and

13     WHEREAS on August 2, 2011, the Court set the hearing for Plaintiffs' Motion for Conditional Collective Certification for September 22, 2011 at 9:00 a.m.; and

15     WHEREAS on August 30, 2011, Defendant filed a Motion for Summary Judgment, and set the hearing date for October 4, 2011 at 9:00 a.m.; and

17     WHEREAS pursuant to Local Rule 7-3, Plaintiffs' Opposition to Defendant's Motion for Summary Judgment is currently due on September 13, 2011, and Defendant's Reply is due by September 20, 2011; and

20     WHEREAS counsel for Plaintiffs and Defendant met and conferred on September 1, 2011, and agreed that in order to give Plaintiffs adequate time to draft their Reply in support of their Motion for Conditional Collective Certification, as well as adequate time to draft their Opposition to Defendant's Motion for Summary Judgment, Plaintiffs will have until September 27, 2011 to file their Opposition to Defendant's Motion for Summary Judgment; and

25     WHEREAS the parties further agreed that Defendant will have until October 11, 2011 to file its Reply in support of its Motion for Summary Judgment; and

27     WHEREAS the parties further agreed that in the interests of judicial economy and

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RE: PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT- CV-10-04317-SI

efficiency, the hearing for Plaintiffs' Motion for Conditional Certification previously set for September 22, 2011, and the hearing for Defendant's Motion for Summary Judgment previously set for October 4, 2011, shall both be continued until October 21, 2011 at 9:00 a.m. so that the motions may be heard on the same day; and

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that:

1. Plaintiffs shall have until September 27, 2011 to file their Opposition to Defendant's Motion for Summary Judgment; and

2. Defendant shall have until October 11, 2011 to file its Reply in support of its Motion for Summary Judgment; and

3. The hearing for Plaintiffs' Motion for Conditional Certification, previously set for September 22, 2011, and the hearing for Defendant's Motion for Summary Judgment previously set for October 4, 2011, shall both be continued until October 28, 2011 at 9:00 a.m.

DATED: September __6__, 2011      SCHONBRUN DESIMONE SEPLOW
                                  HARRIS HOFFMAN & HARRISON LLP

                                  LAW OFFICES OF THOMAS FALVEY


                                  /s/ Courtney Abrams
                                  Courtney Abrams
                                  Attorney for Plaintiffs


DATED: September __6__, 2011      THOMPSON COBURN, LLP


                                  /s/ Lauren Bruning
                                  Lauren Bruning
                                  Attorney for Defendant

1      PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3
DATED: _____     _____
4
                          THE HONORABLE SUSAN ILSTON
5                           UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME RE: PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT- CV-10-04317-SI