1   (*Additional Counsel of Record listed on next page*)

2

3   V James DeSimone, SBN 119668
    vjdesimone@gmail.com
4   Michael D. Seplow, SBN 150183
    mseplow@gmail.com
5   Courtney Abrams, SBN 265742
    cabrams@sdshh.com
6   SCHONBRUN DE SIMONE SEPLOW
    HARRIS HOFFMAN & HARRISON LLP
7   723 Ocean Front Walk
    Venice, CA 90291
8   Telephone: 310- 396-0731
    Fax: 310- 396-0731

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SANTIAGO, ROBERT SCHUSSEL, <br><br> Plaintiffs, <br> vs. <br><br> AMDOCS, INC. and DOES 1 through 50, inclusive <br><br> Defendants. | Case No: 3:10-cv-04317-SI <br><br> [CLASS ACTION] <br><br> [~~PROPOSED~~] ORDER TO VACATE DEADLINES IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, PENDING THE COURT'S RULING ON PENDING MOTIONS FOR FLSA CONDITIONAL CERTIFICATION AND SUMMARY JUDGMENT <br><br> Judge: Hon. Susan Illston |

1 | LAW OFFICES OF THOMAS W. FALVEY
Thomas W. Falvey, SBN 65744
2 | thomaswfalvey@gmail.com
J.D. Henderson, SBN 235767
3 | jdlaw@charter.net
301 North Lake Avenue, Suite 800
4 | Pasadena, California 91101
Telephone: (626) 795-0205
5 | Facsimile: (626) 795-3026

6 | Attorneys for Plaintiffs

7

Michael S. Kun, SBN 208684
8 | mkun@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
9 | 1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
10 | Telephone: (310) 556-8861
Facsimile: (310) 553-2165
11
Amie E. Needham (Admitted Pro Hac Vice)
12 | aneedham@thompsoncoburn.com
Thompson Coburn LLP
13 | One US Bank Plaza
St. Louis, Missouri 63101
14 | Telephone: (314) 552-6417
Facsimile: (314) 552-7417
15
Attorneys for Defendant
16 | AMDOCS, INC.

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

The Court, having received the parties' Joint Stipulation to Vacate Deadlines in Connection with Plaintiffs' Motion for Class Certification, Pending the Court's Ruling on Pending Motions for FLSA Conditional Certification and Summary Judgment, and finding good cause therefore, HEREBY ORDERS THAT:

All dates in connection with Plaintiffs' Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23, are vacated. The parties shall meet and confer upon the issuance of the Court's rulings as to Plaintiffs' Motion for Conditional Collective Certification and Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: _____12/2_____, 2011

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE