(*Additional Counsel of Record listed on next page*)

V James DeSimone, SBN 119668
vjdesimone@gmail.com
Michael D. Seplow, SBN 150183
mseplow@gmail.com
SCHONBRUN DE SIMONE SEPLOW
HARRIS HOFFMAN & HARRISON LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: 310- 396-0731
Fax: 310- 396-0731

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SANTIAGO, ROBERT SCHUSSEL, <br><br> Plaintiffs, <br> vs. <br> AMDOCS, INC. and DOES 1 through 50, inclusive <br><br> Defendants. | Case No: 3:10-cv-04317-SI <br><br> [CLASS ACTION] <br><br> [PROPOSED] ORDER TO CONTINUE APRIL 6, 2012 CASE MANAGEMENT CONFERENCE UNTIL APRIL 20, 2012 <br><br> Judge: Hon. Susan Illston |

```
 1  LAW OFFICES OF THOMAS W. FALVEY
    Thomas W. Falvey, SBN 65744
 2  thomaswfalvey@gmail.com
    J.D. Henderson, SBN 235767
 3  jdlaw@charter.net
    301 North Lake Avenue, Suite 800
 4  Pasadena, California 91101
    Telephone: (626) 795-0205
 5  Facsimile: (626) 795-3026

 6  Attorneys for Plaintiffs

 7
    Michael S. Kun, SBN 208684
 8  mkun@ebglaw.com
    Betsy Johnson, SBN 119847
 9  bjohnson@ebglaw.com
    EPSTEIN BECKER & GREEN, P.C.
10  1925 Century Park East, Suite 500
    Los Angeles, California 90067-2506
11  Telephone: (310) 556-8861
    Facsimile: (310) 553-2165
12
    Amie E. Needham (Admitted Pro Hac Vice)
13  aneedham@thompsoncoburn.com
    Thompson Coburn LLP
14  One US Bank Plaza
    St. Louis, Missouri 63101
15  Telephone: (314) 552-6417
    Facsimile: (314) 552-7417
16
    Attorneys for Defendant
17  AMDOCS, INC.

18
19
20
21
22
23
24
25
26
27
28
```

**ORDER**

The Court, having received the parties' Stipulation to Continue the April 6, 2012 Case Management Conference until April 20, 2012 at 2:30 p.m., and finding good cause therefore, HEREBY ORDERS THAT:

The April 6, 2012 Case Management Conference is continued until April 20, 2012 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: ___4/2___, 2012

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE