1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

15
16
17
18
19
20
21
22

| | |
|---|---|
| PATRICK SANTIAGO, ROBERT SCHUSSEL,<br><br>　　　　　　Plaintiffs,<br>vs.<br>AMDOCS, INC. and DOES 1 through 50, inclusive<br>　　　　　　Defendants. | Case No: 3:10-cv-04317-SI<br><br>[CLASS ACTION]<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION RE DEADLINES FOR MOTION FOR CLASS CERTIFICATION AND MOTION TO DE-CERTIFY<br><br>Judge: Hon. Susan Illston |

23
24
25
26
27
28

---

1

[PROPOSED] ORDER RE: DEADLINES FOR MOTION FOR CLASS CERTIFICATION
AND MOTION TO DE-CERTIFY CV-04317-SI

## ORDER

Plaintiffs Patrick Santiago and Robert Schussel ("Plaintiffs") and Defendant Amdocs, Inc. ("Defendant") have filed a stipulation for an order regarding the deadlines for the parties' briefing with respect to Plaintiffs' motion for class certification pursuant to Federal Rule of Civil Procedure 23 ("Rule 23") and Defendants' motion to de-certify pursuant to the Fair Labor Standards Act ("FLSA"). The Court, finding good cause in that the requested order will promote the interests of judicial economy, hereby Orders as follows:

1. The deadline for Plaintiffs to file a motion for class certification pursuant to Federal Rule of Civil Procedure 23 and for Defendant to file a motion to de-certify under the Fair Labor Standards Act shall be November 13, 2012;

2. The deadline for Defendant to file an opposition to Plaintiffs' motion for class certification pursuant to Rule 23 and for Plaintiffs to file their opposition to Defendant's motion to de-certify under the FLSA shall be December 14, 2012;

3. The deadline for the parties to file their reply papers in connection with these motions shall be January 8, 2013; and

4. The motions will be heard on January 18, 2013 at 9:00 a.m.

IT IS ORDERED.

DATED:    6/26   , 2012

_____
HON. JUDGE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE: DEADLINES FOR MOTION FOR CLASS CERTIFICATION AND MOTION TO DE-CERTIFY CV-04317-SI