# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SANTIAGO, ROBERT SCHUSSEL,<br><br>Plaintiffs,<br><br>v.<br><br>AMDOCS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 10-04317 SI<br><br>[CLASS ACTION]<br><br>**ORDER RE STIPULATION TO CONTINUE DEADLINES FOR MOTION FOR CLASS CERTIFICATION AND MOTION TO DECERTIFY**<br><br>Judge: Hon. Susan Illston |

**ORDER**

Plaintiffs Patrick Santiago and Robert Schussel ("Plaintiffs") and Defendant Amdocs, Inc. ("Defendant") have filed a stipulation for an order continuing the deadlines for the parties' briefing with respect to Plaintiffs' motion for class certification pursuant to Fed.R.Civ.P. 23 and Defendant's motion to decertify pursuant to the Fair Labor Standards Act ("FLSA"). The Court, finding good cause in that the requested order will promote the interests of judicial economy, hereby orders as follows:

1. The deadline for Plaintiffs to file a motion for class certification pursuant to Fed.R.Civ.P. 23 and for Defendant to file a motion to de-certify under the FLSA shall be January 18, 2013;

2. The deadline for Defendant to file an opposition to Plaintiffs' motion for class certification pursuant to Fed.R.Civ.P. 23 and for Plaintiffs to file their opposition to Defendant's motion to de-certify under the FLSA shall be February 20, 2013;

3. The deadline for the parties to file their respective reply papers in connection with these motions shall be March 13, 2013; and

4. The motions will be heard on March 22, 2013 at 9:00 a.m.

IT IS ORDERED.

DATED: ___10/11/12___         _____
                              HON. SUSAN ILLSTON
                              UNITES STATES DISTRICT JUDGE