1  V James DeSimone (State Bar No. 119668)
   vjdesimone@gmail.com
2  Michael D. Seplow (State Bar No. 150183)
   mseplow@gmail.com
3  SCHONBRUN DE SIMONE SEPLOW
   HARRIS HOFFMAN & HARRISON LLP
4  723 Ocean Front Walk
   Venice, California 90291
5  Telephone:  310-396-0731
   Facsimile:  310-396-0731
6
   (Additional counsel listed on next page)
7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 PATRICK SANTIAGO, ROBERT        CASE NO. C 10-04317 SI
   SCHUSSEL,
12                                 **STIPULATION AND [PROPOSED]**
                Plaintiffs,        **ORDER TO CONTINUE**
13                                 **DEADLINES FOR MOTION FOR**
       v.                          **CLASS CERTIFICATION AND**
14                                 **MOTION TO DECERTIFY**
   AMDOCS, INC., and DOES 1 through
15 50, inclusive,                  Judge:      Susan Y. Illston

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

---

FIRM:23200344v1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES
FOR CLASS CERTIFICATION MOTION, ETC. - CASE NO. 10-04317 SI

1  LAW OFFICES OF THOMAS W. FALVEY
   Thomas W. Falvey (State Bar No. 65744)
2  thomaswfalvey@gmail.com
   J.D. Henderson (State Bar No. 235767)
3  Hendersonj2004@gmail.com
   301 North Lake Avenue, Suite 800
4  Pasadena, California 91101
   Telephone:  626-795-0205
5  Facsimile:  626-795-3026

6  Attorneys for Plaintiffs

7  Michael S. Kun (State Bar No. 208684)
   EPSTEIN BECKER & GREEN, P.C.
8  1925 Century Park East, Suite 500
   Los Angeles, California 90067
9  Telephone:  310-556-8861
   Facsimile:  310-553-2165
10 mkun@ebglaw.com

11 Laura M. Jordan (admitted pro hac vice)
   R. Nelson Williams (admitted pro hac vice)
12 THOMPSON COBURN LLP
   One US Bank Plaza
13 St. Louis, Missouri 63101
   Telephone:  314-552-6000
14 Facsimile:  314-552-7417
   ljordan@thompsoncoburn.com
15 rwilliams@thompsoncoburn.com

16 Attorneys for Defendant
   AMDOCS, INC.
17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

FIRM:23200344v1     STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES
                    FOR CLASS CERTIFICATION MOTION, ETC. - CASE NO. 10-04317 SI

WHEREAS, on February 15, 2013, Plaintiffs filed a motion for class certification pursuant to FRCP 23 and Defendant filed a motion to decertify the conditionally certified class pursuant to the Fair Labor Standards Act ("FLSA");

WHEREAS, the hearing on these motions is presently set for June 21, 2013, with replies due on May 24, 2013;

WHEREAS, Plaintiffs submitted a declaration from an expert witness in connection with their April 30, 2013 opposition to Defendant's motion to decertify the conditionally certified FLSA class;

WHEREAS, the parties were unable to find a mutually convenient date for Defendant to depose Plaintiffs' expert witness until May 29, 2013; and

WHEREAS, the parties believe that there is good cause for a continuance of the reply deadline and hearing date to allow them sufficient time to complete the expert witness's deposition and obtain the deposition transcript to be used for the reply papers;

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that the deadlines and hearing be continued as follows:

///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR CLASS CERTIFICATION MOTION, ETC. - CASE NO. 10-04317 SI

1          1.     The deadline for the parties to file their respective reply papers in

2    connection with the pending motions shall be June 21, 2013; and

3          2.     The motions will be heard on July 19, 2013 at 9:00 a.m.

4

5    DATED:  May 14, 2013            SCHONBRUN DE SIMONE SEPLOW HARRIS
                                     HOFFMAN & HARRISON LLP
6                                    LAW OFFICES OF THOMAS W. FALVEY

7

8                                    By:    /S/ J.D. Henderson
                                            V. James DeSimone
9                                           Michael D. Seplow
                                            Thomas W. Falvey
10                                          J.D. Henderson
                                            Attorneys for Plaintiffs PATRICK
11                                          SANTIAGO AND ROBERT SCHUSSEL

12

13   DATED:  May 14, 2013            THOMPSON COBURN LLP

14                                   EPSTEIN BECKER & GREEN, P.C.

15

16                                   By:    /S/ Michael S. Kun
                                            Laura M. Jordan
17                                          Michael S. Kun
                                            Attorneys for Defendant
18                                          AMDOCS, INC.

19

20          PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22   DATED:  _____5/15_____, 2013

23

24                                   _____
                                     Hon. Susan Y. Illston
25

26

27

28

                                        - 3 -