1    V James DeSimone, SBN 119668
     vjdesimone@gmail.com
2    Michael D. Seplow, SBN 150183
     mseplow@gmail.com
3    SCHONBRUN DE SIMONE SEPLOW
     HARRIS HOFFMAN & HARRISON LLP
4    723 Ocean Front Walk
     Venice, CA 90291
5    Telephone: 310- 396-0731
     Fax: 310- 396-0731

6

     LAW OFFICES OF THOMAS W. FALVEY
7    Thomas W. Falvey, SBN 65744
     thomaswfalvey@gmail.com
8    J.D. Henderson, SBN 235767
     hendersonj2004@gmail.com
9    301 North Lake Avenue, Suite 800
     Pasadena, California  91101
10   Telephone:  (626) 795-0205
     Facsimile: (626) 795-3026

11

     Attorneys for Plaintiffs

12

13

14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SANTIAGO, ROBERT SCHUSSEL, | Case No: 3:10-cv-04317-SI |
| | [CLASS ACTION] |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO CONTINUE DEADLINES RE: CLASS CERTIFICATION PURSUANT TO LOCAL RULES 6-3 and 7-11** |
| vs. | |
| AMDOCS, INC. and DOES 1 through 50, inclusive | |
| Defendants. | Judge: Hon. Susan Illston |

# ORDER

Plaintiffs' MOTION TO CONTINUE DEADLINES RE: CLASS CERTIFICATION PURSUANT TO LOCAL RULES 6-3 and 7-11 is hereby **GRANTED,** and this Court **ORDERS AS FOLLOWS:**

1. Plaintiffs shall have until [~~July 29, 2013~~][ 7/15/13 , 2013] to file Plaintiffs' Reply to Defendant's Opposition to Motion for Class Certification; and

2. The hearing for Plaintiffs' Motion for Class Certification and Defendant's Motion to Decertify the Collective Action, previously set for July 19, 2013, shall be continued until [~~September 6, 2013~~][ 7/26/13 , 2013] at 9:00 a.m.

Or, in the alternative,

3. ~~The Declaration of Mr. Jeffrey Morse which Defendant filed in support of its Opposition to Plaintiffs' Motion for Class Certification (Document 278-21 on the Court's docket) is struck and shall not be considered by the Court. The briefing and hearing dates shall remain as previously schedule (July 3, 2013 and July 19, 2013, respectively).~~

**IT IS SO ORDERED.**

Dated: 6/28 , 2013

_Susan Illston_
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE