# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SANTIAGO, ROBERT SCHUSSEL, <br><br> Plaintiffs, <br> vs. <br><br> AMDOCS, INC. and DOES 1 through 10, inclusive <br><br> Defendants. | Case No: 3:10-cv-04317-SI <br><br> **[PROPOSED] ORDER TOLLING THE STATUTES OF LIMITATIONS FOR PERSONS WHO FILED "OPT IN" NOTICES PRIOR TO DECERTIFICATION OF FLSA CLASS** |

The Court, having considered Plaintiffs' Application for an Order Tolling the Statutes of Limitations for Persons Filed "Opt In" Notices Prior to Decertification of FLSA Class and finding good cause therefore, hereby GRANTS Plaintiffs' Application and orders as follows:

In light of the Court's Order of September 30, 2013 granting Defendant's motion to de-certify the previously certified collective action under the Fair Labor Standards Act ("FLSA"). the FLSA claims of former "opt in" class members are dismissed without prejudice. Further, the Court exercises its equitable powers and rules that the statute of limitations are tolled for 60 days,

from September 30, 2013 to November 29, 2013, for all persons who filed consent or "opt in" forms to join the collective FLSA action in this case prior to the Court's Order granting Defendant's motion to Decertify the FLSA class.

IT IS SO ORDERED.

DATED:   October __10__ 2013

_____

Honorable Susan Illston
United States District Judge