IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK SANTIAGO,　　　　　　　　　　　　No. C 10-04317 SI

       Plaintiff,　　　　　　　　　　　　**PRETRIAL PREPARATION ORDER**

  v.

AMDOCS, INC.,

       Defendant.
                             /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 14, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 7, 2014.

DESIGNATION OF EXPERTS: 3/21/14; REBUTTAL: 4/18/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 9, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by April 25, 2014;

    Opp. Due May 9, 2014; Reply Due May 16, 2014;

    and set for hearing no later than May 30, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 17, 2014 at 3:30 PM.

JURY TRIAL DATE: June 30, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur by the end of February 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/18/13

                                                      SUSAN ILLSTON
                                                      United States District Judge