# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

PATRICK SANTIAGO and ROBERT SCHUSSEL,

              Plaintiffs,

     v.

AMDOCS, INC. and DOES 1 through 10, inclusive,

              Defendants.

CASE NO. 3:10-cv-04317-SI

**[~~PROPOSED~~] ORDER RE CASE MANAGEMENT CONFERENCE IN LIGHT OF SETTLEMENT**

Judge:      Susan Y. Illston

1

2

3

**[PROPOSED] ORDER**

4          PURSUANT TO THE PARTIES STIPULATION, IT IS HEREBY

5 ORDERED THAT:

6

7          ~~The March 14, 2014 Case Management Conference is taken off calendar~~.

8          Or

9

10          The March 14, 2014 Case Management Conference is continued until April

11 18, 2014 at 3:00 p.m.

12

13

14

15

16 DATED: _____3/5_____, 2014    _____

17                                              Hon. Susan Y. Illston

18

19

20

21

22

23

24

25

26

27

28

- 1 -
[PROPOSED] ORDER RE CASE MANAGEMENT
CONFERENCE IN LIGHT OF SETTLEMENT
CASE NO. 3:10-cv-04317-SI