Laura M. Jordan (admitted pro hac vice)
R. Nelson Williams (admitted pro hac vice)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone:  314-552-6000
Facsimile:  314-552-7469
ljordan@thompsoncoburn.com
rwilliams@thompsoncoburn.com

Michael S. Kun (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067
Telephone:  310-556-8861
Facsimile:  310-553-2165
mkun@ebglaw.com

Attorneys for Defendant
AMDOCS, INC.

(Additional counsel listed on next page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK SANTIAGO and ROBERT SCHUSSEL,<br><br>                 Plaintiffs,<br><br>       v.<br><br>AMDOCS, INC. and DOES 1 through 10, inclusive,<br><br>                 Defendants. | CASE NO. 3:10-cv-04317-SI<br><br>**JOINT STIPULATION RE CASE MANAGEMENT CONFERENCE IN LIGHT OF SETTLEMENT AND ~~PROPOSED~~ ORDER THEREON**<br><br>Judge:  Susan Y. Illston |

1

2  LAW OFFICES OF THOMAS W. FALVEY
   Thomas W. Falvey (State Bar No. 65744)
3  thomaswfalvey@gmail.com
   J.D. Henderson (State Bar No. 235767)
4  Hendersonj2004@gmail.com
   301 North Lake Avenue, Suite 800
5  Pasadena, California 91101
   Telephone:  626-795-0205
6  Facsimile:  626-795-3026

7  V James DeSimone (State Bar No. 119668)
   vjdesimone@gmail.com
8  Michael D. Seplow (State Bar No. 150183)
   mseplow@gmail.com
9  SCHONBRUN DE SIMONE SEPLOW
   HARRIS & HOFFMAN LLP
10 723 Ocean Front Walk
   Venice, California 90291
11 Telephone:  310-396-0731
   Facsimile:  310-396-0731
12

13 Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
JOINT STIPULATION RE CASE MANAGEMENT CONFERENCE IN LIGHT OF
SETTLEMENT CASE NO. 3:10-cv-04317-SI

WHEREAS, on February 19, 2014, the parties reached a settlement of this case at the Mandatory Settlement Conference;

WHEREAS, the parties have reached an agreement as to the final terms of the long form settlement agreement and are in the process of obtaining the necessary signatures;

WHEREAS, the parties anticipate being able to lodge a stipulation of dismissal within 30 days;

WHEREAS, a case management conference in this case is scheduled for 3:00 p.m. on April 18, 2014;

WHEREAS, in light of the settlement, the parties respectfully request that the April 18, 2014 Case Management Conference should be continued until June 27, 2014, the date of the CMC in the related action of *Bedwell v Amdocs*, No. 13-cv-05565-SI;

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, as follows:

The April 18, 2014 Case Management Conference should be continued until June 27, 2014 at 3:00 p.m.

DATED: April 11, 2014             THOMPSON COBURN LLP

                                              EPSTEIN BECKER & GREEN, P.C.

                                              By:       /S/ Laura M. Jordan
                                                        Laura M. Jordan
                                                        R. Nelson Williams
                                                        Michael S. Kun
                                                        Attorneys for Defendant
                                                        AMDOCS, INC.

DATED:  April 11, 2014

SCHONBRUN  DESIMONE SEPLOW HARRIS & HOFFMAN LLP

By:      /S/ Michael D. Seplow
V. James DeSimone
Michael D. Seplow
J.D. Henderson
Attorneys for Plaintiffs
PATRICK SANTIAGO AND ROBERT SCHUSSEL

IT IS SO ORDERED.

4/14/14

*[signature: Susan Illston]*

Hon. Susan Y. Illston
United States District Judge