```
 1  LAW OFFICES OF THOMAS W. FALVEY
    Thomas W. Falvey (State Bar No. 65744)
 2  thomaswfalvey@gmail.com
    J.D. Henderson (State Bar No. 235767)
 3  Hendersonj2004@gmail.com
    301 North Lake Avenue, Suite 800
 4  Pasadena, California 91101
    Telephone:  626-795-0205
 5  Facsimile:  626-795-3026

 6  V James DeSimone (State Bar No. 119668)
    vjdesimone@gmail.com
 7  Michael D. Seplow (State Bar No. 150183)
    mseplow@gmail.com
 8  SCHONBRUN DESIMONE SEPLOW
    HARRIS & HOFFMAN LLP
 9  723 Ocean Front Walk
    Venice, California 90291
10  Telephone:  310-396-0731
    Facsimile:  310-396-0731
11
    Attorneys for Plaintiffs
12  PATRICK SANTIAGO and
    ROBERT SCHUSSEL
13
    (Additional filing parties
14  listed on next page)
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| PATRICK SANTIAGO, ROBERT SCHUSSEL, <br><br> Plaintiffs, <br><br> v. <br><br> AMDOCS, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 3:10-CV-04317- SI <br><br> **[~~PROPOSED~~] ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)** |
|---|---|

Laura M. Jordan (admitted pro hac vice)
R. Nelson Williams (admitted pro hac vice)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri  63101
Telephone:  314.552.6000
Facsimile:  314.552.7469
ljordan@thompsoncoburn.com
rwilliams@thompsoncoburn.com

Michael S. Kun (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California  90067
Telephone:  310.556.8861
Facsimile: 310.553.2165
mkun@ebglaw.com

Attorneys for Defendant
AMDOCS, INC.

[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL

1 | Having considered the Parties' Joint Stipulation and good cause appearing, the Joint Stipulation is hereby **GRANTED**.

**IT IS ORDERED THAT** the matter is dismissed with prejudice as to Plaintiffs' individual claims. Each party shall bear his or its own attorneys' fees and costs.

The Court shall retain jurisdiction with respect to the interpretation, implementation, and enforcement of the Parties' Settlement Agreement and all orders and judgments entered in connection therewith, and the Parties and their counsel submit to the jurisdiction of the Court for purposes of interpreting, implementing, and enforcing the settlement embodied in the Settlement Agreement and all orders and judgments entered in connection therewith.

DATED: 4/29/14

_____
Honorable Susan Y. Illston
United States District Judge